**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*

February 11, 2020

**BY ELECTRONIC MAIL AND ECF**

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 2/12/2020

The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York  10007

Re:     *United States v. Oneil Scott,*
        16 Cr. 029 (VSB); 19 Cv. 3322 (VSB)

Dear Judge Broderick:

The Government writes to request a brief adjournment of the Government's deadline to respond to defendant Oneil Scott's habeas petition, so that defense counsel may file a supplemental affidavit setting forth additional facts.

The defendant is serving a twenty-five year sentence, which was imposed in February 2019.  On April 5, 2019, the defendant submitted the instant habeas petition.  In May 2019, the Court ordered the defendant to execute and return an informed consent form, waiving the attorney-client privilege as to relevant communications, or to abandon his habeas petition.  In June 2019, the defendant signed and returned the informed consent form, waiving the privilege.

The Court then ordered former defense counsel to submit an affidavit addressing the defendant's allegations of ineffective assistance of counsel.  In November 2019, former defense counsel submitted an affidavit to the Government addressing the allegations.  The Government's response to the defendant's habeas petition is due Wednesday, February 12, 2020.

In reviewing the affidavit, the Government has realized that it does not address an important fact: whether the defendant asked defense counsel to appeal his conviction at any point before the 14-day appeal period had run.  The Government has spoken with former defense counsel, who has stated that she can submit a supplemental affidavit addressing this point within a week.

The Government therefore respectfully requests a two-week adjournment of its deadline to respond to the defendant's habeas petition, so that former defense counsel may submit a supplemental affidavit, and the Government may incorporate this affidavit into its response.

Under this proposal, the new deadline for the Government's opposition would be February 26, 2020.

       Thank you for your consideration of this request.

                      Respectfully submitted,

                      GEOFFREY S. BERMAN
                      United States Attorney

               By:  */s/ Margaret Graham*
                      Christopher J. DiMase
                      Margaret Graham
                      Jessica Feinstein
                      Assistant United States Attorney
                      Southern District of New York
                      (212) 637-2433/ -2923/ -1946

cc:    Bobbi Sternheim and Grainne O'Neill, Esqs. (by electronic mail)
       Oneil Scott, Register # 66195-019 (by United States mail)