

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

`` 

May 5, 2020

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States* **v.** *Oneil Scott*, **16 Cr. 029 (VSB)**, **19 Civ. 3322 (VSB)**

Dear Judge Broderick:

The Government writes to respond to the Court's recent order, asking for further information on whether the Government mailed the Petitioner a copy of the Government's opposition to his habeas petition (the "Opposition").  Since receiving the Court's order, the Government has spoken with a paralegal at the U.S. Attorney's Office, who confirmed that he mailed a copy of the Opposition to the Petitioner on or about February 26, 2020.  Nonetheless, in an abundance of caution, on May 5, 2020, the Government mailed another copy of the Opposition to the Petitioner.  The Government has no objection to the Petitioner's reply being due 30 days from the receipt of this new copy.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

By:  _____/s Margaret Graham_____
Christopher J. DiMase/ Margaret Graham/ Jessica Feinstein
Assistant United States Attorneys
(212) 637-2433/ 2923/ 1946

Cc: O'Neill Scott, USMS # 66195-019 (by mail)