# RUHNKE & BARRETT
## ATTORNEYS AT LAW

47 PARK STREET          29  BROADWAY, SUITE 1412
MONTCLAIR, N.J. 07042   NEW YORK, N.Y.  10006
973-744-1000            212-608-7949

973-746-1490 (FAX)

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ◇   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

January 12, 2021

Via ecf
Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J. 1/14/2021

Re: *United States v. Oneil Scott, et al.* 16 Cr. 029 (VSB)

Dear Judge Broderick:

I represent Chai Green who was sentenced by the Court on December 14, 2020. I was originally appointed by the Court as learned counsel on March 4, 2016, [Ex A], but assumed full responsibility for the case once the Government notified the Court that it was not seeking death as punishment for Mr. Green on May 27, 2016. [Ex B.] In reviewing my file for billing purposes, it appears that, although I had been appointed as learned counsel, there was no order authorizing me to be paid at the capital rate for the period prior to authorization. I have been informed by the CJA office that such an order is required.

I write, respectfully, to request that the Court enter an order authorizing me to be compensated at the capital rate from the date of my appointment on March 4, 2016 through May 27, 2016.

Thank you for your attention to this request.

Respectfully yours,

*Jean D. Barrett*
Jean D. Barrett

C:\CASE FILES\SENTENCES\CASES\Green, Chai\Judge Broderick 1-12-2021.wpd