UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

O'NEIL SCOTT,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

19-CV-3322 (VSB)

16-CR-0029-01 (VSB)

ORDER

VERNON S. BRODERICK, United States District Judge:

    This case has now been pending for some time. On May 4, 2020, I ordered the Government to file an affidavit of service of its February 26, 2020 letter upon Petitioner on or before May 9, 2020, or to serve the Petitioner with its letter of February 26, 2020 on or before May 16, 2020 and file an affidavit of service of the letter within 7 days of service. On November 9, 2020, the Government indicated that they mailed a copy of the Opposition to the Petitioner on or about February 26, 2020, and a second copy on May 5, 2020. Petitioner never filed a reply. I will grant Petitioner one last chance to reply to the Government's opposition.

    The Clerk's Office is respectfully directed to mail a copy of Dockets 15-17 to the pro se Petitioner at FCI Ray Brook, 128 Ray Brook Road, Ray Brook NY 12977. Petitioner's reply is due by November 4, 2022.

SO ORDERED.

Dated:   October 13, 2022
           New York, New York

                                          Vernon S. Broderick
                                          United States District Judge